# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT, | 1:11cv01011 DLB PC |
| Plaintiff, | |
| v. | ORDER TO FILE COMPLETE FIRST AMENDED COMPLAINT WITHIN THIRTY DAYS |
| K. ZOLLENGER, et al., | |
| Defendants. | |

Plaintiff Durrell Anthony Puckett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on June 17, 2011. He filed a First Amended Complaint on September 21, 2011.

It appears, however, that the First Amended Complaint is incomplete and is missing pages 3 and 4 of the form complaint. As a result, the First Amended Complaint only lists one Defendant, though it appears that many other individuals are identified in Plaintiff's allegations.[1]

Accordingly, Plaintiff is ORDERED to file a complete First Amended Complaint within thirty (30) days of the date of service of this order. Plaintiff should ensure that the entire form complaint is submitted. <u>Failure to follow this order may result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   February 2, 2012           /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court also notes that the original complaint named seven Defendants.

1