1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

8

### EASTERN DISTRICT OF CALIFORNIA

9

10  DURRELL ANTHONY PUCKETT,                    Case No. 1:11-cv-01011-LJO-DLB PC

11          Plaintiff,                          **ORDER GRANTING PLAINTIFF'S MOTION FOR LIMITED APPOINTMENT OF COUNSEL**

12      v.

13  K. ZOLLENGER, et al.,                       ECF No. 36

14          Defendants.

15

16          Plaintiff is a California state prisoner proceeding pro se with an action under 42 U.S.C. §

17  1983.  On November 2, 2012, Plaintiff filed a motion for appointment of counsel pursuant to 28

18  U.S.C. § 1915(e)(1)  (ECF No. 36).  The Court finds that limited purpose appointment of counsel for

19  Plaintiff is warranted.  M. Greg Mullanax has been selected from the Court's pro bono attorney

20  panel and is hereby appointed.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1.  Plaintiff's motion for the appointment of counsel is granted.

23          2.  M. Greg Mullanax is appointed as limited purpose counsel in the above entitled

24  matter.  This appointment is for the limited purpose of conducting discovery only.

25          3.  M. Greg Mullanax's appointment will terminate when all discovery matters are

26  closed in this action.  The Court will notify the parties when discovery is closed;

27          4.  M. Greg Mullanax shall notify Sujean Park, at (916) 930-4278 or via email at

28  spark@caed.uscourts.gov, if he has any questions related to the appointment.

1                 5.  The Clerk of the Court is directed to serve a copy of this order upon M. Greg

Mullanax, Law Office of M. Greg Mullanax, 2140 N. Winery Avenue, Suite 101, Fresno, California

93703.

IT IS SO ORDERED.

Dated:   **January 10, 2013**                 /s/ *Dennis L. Beck*

                                       UNITED STATES MAGISTRATE JUDGE

2