# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>   Plaintiff,<br><br> v.<br><br>K. ZOLLENGER, et al.,<br><br>   Defendants. | Case No. 1:11-cv-01011-LJO-DLB PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LIMITED APPOINTMENT OF COUNSEL**<br><br>ECF No. 36 |

Plaintiff is a California state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. On November 2, 2012, Plaintiff filed a motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1) (ECF No. 36). The Court finds that limited purpose appointment of counsel for Plaintiff is warranted. M. Greg Mullanax has been selected from the Court's pro bono attorney panel and is hereby appointed.

In accordance with the above, IT IS HEREBY ORDERED that:

 1. Plaintiff's motion for the appointment of counsel is granted.

 2. M. Greg Mullanax is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of conducting discovery only.

 3. M. Greg Mullanax's appointment will terminate when all discovery matters are closed in this action. The Court will notify the parties when discovery is closed;

 4. M. Greg Mullanax shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon M. Greg Mullanax, Law Office of M. Greg Mullanax, 2140 N. Winery Avenue, Suite 101, Fresno, California 93703.

IT IS SO ORDERED.

Dated: **January 10, 2013**                    /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE