# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>        Plaintiff,<br><br>   v.<br><br>NORTH KERN STATE PRISON<br>EMPLOYEES, et al.,<br><br>        Defendants.<br>                               / | CASE NO. 1:11-cv-01011-LJO-DLB PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE ACTION PURSUANT TO PARTIES' STIPULATION OF VOLUNTARY DISMISSAL (ECF No. 42) |

     Plaintiff Durrell Anthony Puckett ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendants Biggs, Grannis, Hense, Hill, Murguia, Roth, and Zollenger.  On March 1, 2013, the parties filed a stipulation to voluntarily dismiss this action with prejudice.  An action may be dismissed without court order by a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

     Pursuant to this stipulation, the Court HEREBY ORDERS the Clerk of the Court to close this action.  This dismissal is with prejudice.

 IT IS SO ORDERED.

**Dated:**   **March 4, 2013**            /s/  Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE